IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFERY WILLIAM OLNEY,

    Plaintiff,

vs.

DR. JOHN HARTWIG, et al.,

    Defendants.

O R D E R
Civ. No. 05-296-TC

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation (doc. 26) on December 12, 2006. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

    Plaintiff has timely filed objections. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation that defendants' motion to dismiss (doc. 26) is granted and this case is dismissed.

1 - ORDER

1 | IT IS SO ORDERED.

Dated this 6 day of February 2007.

                                            Ann Aiken
                                United States District Judge

2 - ORDER